<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6528**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

OWEN ODMAN, a/k/a Charles Llewelyn,

    Defendant – Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Lacy H. Thornburg, District Judge.  (4:96-cr-00053-LHT-1; 1:04-cv-00044-LHT)

Submitted: October 15, 2008   Decided:  November 14, 2008

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Owen Odman, Appellant Pro Se.  Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owen Odman appeals the district court's order granting in part and denying in part relief from a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Odman</u>, No. 4:96-cr-00053-LHT-1 (W.D.N.C. Mar. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>